**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GLENN M. IHDE and C. ALICE IHDE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 4:13cv756 |
| | § | (Judge Clark/Judge Mazzant) |
| FIRST HORIZON HOME LOAN | § | |
| CORPORATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 18, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand [Doc. #21] be granted and the case remanded to the 380th District Court of Collin County, Texas.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiffs' Motion to Remand [Doc. #21] is granted and this case is remanded to the 380th District Court of Collin County, Texas.

All motions by either party not previously ruled on are **DENIED**.

So **ORDERED** and **SIGNED** this **14** day of **April, 2014.**

_____
Ron Clark, United States District Judge